IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH

| | |
|---|---|
| RYAN HART, an individual,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CONNECTED WIRELESS, INC., a Utah Corporation,<br><br>　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND PLAINTIFF'S COMPLAINT<br><br>CASE NO. 2:17-CV-186 TS<br>Judge Ted Stewart |

Based on Plaintiff Ryan Hart's Motion and good cause appearing:

It is therefore

ORDERED that Plaintiff's Motion to Amend Plaintiff's Complaint (Docket No. 32) is GRANTED.

DATED this 30th day of July, 2018.

BY THE COURT:

_____
Judge Ted Stewart